UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : |
| Plaintiff, | : : |
| v. | : 04-CV-02037 (WHP) : |
| ONE OR MORE UNKNOWN PURCHASERS OF CALL OPTIONS FOR THE COMMON STOCK OF INVISION TECHNOLOGIES, INC, | : : : : |
| Defendants. | : : : |

**ORDER APPROVING THE FINAL ACCOUNTING, AUTHORIZING PAYMENT OF FINAL TAX ADMINISTRATION FEES AND EXPENSES, TERMINATING THE DISGORGEMENT FUND, DISCHARGING THE FUND ADMINISTRATOR, AND <u>RELATED RELIEF</u>**

The Court, having reviewed the Securities and Exchange Commission's ("SEC") Motion for an Order: (1) Approving the Final Accounting, (2) Authorizing Payment of the Final Fees and Expenses of the Tax Administrator, (3) Terminating the Disgorgement Fund, and (4) Discharging the Fund Administrator, and Related Relief (the "Motion"); as well as the supporting Memorandum of Law (the "Memorandum") and its attached Exhibits

**IT IS HEREBY ORDERED:**

1. The Motion is **GRANTED;**

2. The Final Accounting is **APPROVED**;

3. The Clerk of the Court is directed to disburse $9,078.40 from the funds remaining in Distribution Fund, which are being held in the Court's unclaimed funds account, to the Tax Administrator for payment of final fees and expenses;

4. The Clerk of the Court shall transfer all remaining funds in the Disgorgement Fund to the SEC for remittance to the U. S. Treasury, subject to Section 21F(g)(3) of the Securities Exchange Act of 1934 [15 U.S. Code § 78u-6(g)(3)];

5. Any funds returned to the Disgorgement Fund in the future shall be transferred to the SEC for remittance to the U.S. Treasury, subject to Section 21F(g)(3) of the Securities Exchange Act of 1934 [15 U.S. Code § 78u-6(g)(3)];

6. The Disgorgement Fund is **TERMINATED**; and

7. The Fund Administrator is **DISCHARGED**.

**IT IS SO ORDERED**.

DATED: August 19, 2025
New York, New York

EDGARDO RAMOS,
UNITED STATES DISTRICT JUDGE